UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAFAEL MONTANEZ,

                                         Plaintiff,      **NOTICE OF APPLICATION FOR COSTS AGAINST PLAINTIFF**

               -against-

CITY OF NEW YORK, COMMISSIONER RAYMOND KELLY, LT. VALENTI, DR. MILLER, DEPUTY INSPECTOR CIRABIS and LT. PACE, sued in their individual and professional capacities,

                                       Defendants.

CV 09-5652 (SJ) (SMG)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon defendants' bill of costs, the Declaration of Daniel Gomez-Sanchez, dated July 25, 2012, and the exhibits annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk, at the United States Courthouse, for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York on August 3, 2012 at 10:00 A.M. or as soon thereafter as counsel may be heard for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. §§1921 and 1920 granting fees and costs sought by defendants and granting such other relief that

this Court deems proper.

Dated:   New York, New York
         July 25, 2012

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel of the
                                           City of New York
                                           Attorney for Defendants
                                           100 Church Street, Room 2-144
                                           New York, New York 10007
                                           (212) 788- 0883
                                           dgomez@law.nyc.gov

                                           By:       /s/_____
                                                          Daniel Gomez-Sanchez
                                                          Assistant Corporation Counsel

TO:   **Dominick Peter Revellino, Esq.**
       **Linda M Cronin, Esq.**
       **Rocco G Avallone, Esq.**
       Cronin & Byczek, LLP
       1983 Marcus Avenue, Suite C-120
       Lake Success, New York 11042

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| RAFAEL MONTANEZ,<br><br>            Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, COMMISSIONER RAYMOND KELLY, LT. VALENTI, DR. MILLER, DEPUTY INSPECTOR CIRABIS and LT. PACE, sued in their individual and professional capacities,<br><br>            Defendants. | **DECLARATION OF DANIEL GOMEZ-SANCHEZ IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF**<br><br>CV 09-5652 (SJ) (SMG) |

------------------------------------------------------------------------ x

   **DANIEL GOMEZ-SANCHEZ**, declares pursuant to 28 U.S.C. §1746 and under penalty of perjury that:

   1.  I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in this action. I am familiar with the facts and circumstances set forth herein.

   2.  This Declaration is submitted in support of defendants' Bill Of Costs and application for an award of costs against Darrel Keith Williams in this action.

   3.  Plaintiff commenced this action by filing a complaint on December 28, 2009, alleging, inter alia that defendants discriminated and retaliated against plaintiff under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq., and 42 U.S.C. §1983, as well as 3 state law claims.

   4.  The matter was resolved by summary judgment in favor of defendants on June 27, 2012. A copy of the judgment is attached hereto as Exhibit "A."

5.      Defendants are entitled to costs as prevailing party pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, and Rule 54.1(c)(2) of the Local Civil Rules of the Eastern District of New York, insofar as summary judgment was entered in favor of defendants on all claims.

6.      Attached hereto as Exhibit "B" is the Bill of Costs, dated July 25, 2012, for a total of $782.

7.      The costs claimed are correctly stated, are allowable by law, and were necessarily incurred as stated herein.

8.      Defendants submit a bill for the cost of plaintiff Rafael Montanez's deposition transcript that was necessary for use in preparing defendants' motion for summary judgment. A true copy of the invoices from the stenographer is annexed hereto as Exhibit "C." As indicated, the total cost of that deposition is $782.

**WHEREFORE**, it is respectfully requested that the Clerk issue an order granting defendants costs in the amount of $782.

Dated:      New York, New York
            July 25, 2012

/s/
Daniel Gomez-Sanchez
Assistant Corporation Counsel

**EXHIBIT A**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 27 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAFAEL MONTANEZ,

                Plaintiff,

    -against-

CITY OF NEW YORK, COMMISSIONER RAYMOND
KELLY, LT. VALENTI, DR. MILLER, DEPUTY
INSPECTOR CIRABIS and LT. PACE, sued in their
individual capacities,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
09-CV- 5652 (SJ)

        A Memorandum and Order of Honorable Sterling Johnson, Jr., United States District Judge, having been filed on June 22, 2012, granting Defendants' motion to dismiss; and dismissing the complaint; it is

        ORDERED, ADJUDGED AND DECREED that Defendants' motion to dismiss is granted; and that the complaint is dismissed.

Dated: Brooklyn, New York
       June 25, 2012

Douglas C. Palmer
Clerk of Court

by:    /s/(MG)
      Michele Gapinski
      Chief Deputy for
      Court Operations

**EXHIBIT B**

≋AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

EASTERN   District of   NEW YORK

Rafael Montanez,   Plaintiff,

V.

City of New York, et al.,   Defendants.

**BILL OF COSTS**

Case Number: CV 09-5652 (SJ)(SMG)

Judgment having been entered in the above entitled action on  6/27/2012  against  Plaintiff Rafael Montanez ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ |
| Fees for service of summons and subpoena ....................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ............................................... | |
| Fees for witnesses (itemize on page two) ......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........ | |
| Docket fees under 28 U.S.C. 1923 ................................................ | |
| Costs as shown on Mandate of Court of Appeals .................................. | |
| Compensation of court-appointed experts ........................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ...................................................... | 782.00 |
| TOTAL  $ | 782.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_____

Name of Attorney: Daniel Gomez-Sanchez

For: The City of New York, et al.   Date: 7/25/2012
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                Deputy Clerk                Date

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

**EXHIBIT C**



# Diamond Reporting, Inc.
16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

DANIEL GOMEZ-SANCHEZ, ESQ.

MONTANEZ, RAFAEL VS CITY OF NEW YORK, RAYMOND
KELLY, POLICE COMMISSIONER OF NYC PD, ETAL
INDEX NO: 09-CV-05652-SJ    FILE NO: 2010-002101

INVOICE NO.: 10112309201
INVOICE DATE: 12/22/2010

REPORTER:
JACKIE MAGNICCARI

TAX ID #: 11-266-5545
BILLER ID: SS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23/2010 | EXAM. BEFORE TRIAL OF THE PLF., RAFAEL MONTANEZ 176PP+ 24PGS OF W.I. ORIGINAL & 2 COPIES - YOUR CHARGE | 730.00 |
| | APPEARANCE (AM & PM) YOUR CHARGE | 52.00 |
| | CONTROL #:KKK09393 | |

SUB TOTAL  $782.00
PAID  $0.00
BALANCE DUE  $782.00

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature _____
Date 12/23/10
Case # 2010-002101  INV. AMT. PAID: $ 782.00
V# 11-3292
INV. # 10112309201

VOUCHERED
DATE: 01/12/11

SVS. PERIOD 11/23/10 TO 11/23/10
D/C 0201  : DET. OBJ. 6220
REF. DOC: C1 02520111419637

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

ORIGINAL INVOICE

DIAMOND DEPOSITION CENTERS
New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Mineola, White Plains
New Jersey Offices:
Hackensack, Marlton

Make checks payable to: Diamond Reporting, Inc.
☐ Visa  ☐ MC  ☐ Amex  ☐ Check

Credit Card #: _____
Exp. Date: _____  Security Code: _____
Name on Card: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RAFAEL MONTANEZ,

                                      Plaintiff,

        -against-

CITY OF NEW YORK, COMMISSIONER RAYMOND
KELLY, LT. VALENTI, DR. MILLER, DEPUTY
INSPECTOR CIRABIS and LT. PACE, sued in their
individual and professional capacities,

                                      Defendants.

------------------------------------------------------------------ x

**DECLARATION OF SERVICE**

CV 09-5652 (SJ) (SMG)

      Winston S. Tse, declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on July 25, 2012, he served a true and correct copy of the foregoing Notice Of Defendant's Application For Costs Sought Against Plaintiff, the Declaration Of Daniel Gomez-Sanchez In Support Of Defendants' Application For Costs Against Plaintiff and annexed exhibits upon the following:

                **Dominick Peter Revellino, Esq.**
                **Linda M Cronin, Esq.**
                **Rocco G Avallone, Esq.**
                Cronin & Byczek, LLP
                1983 Marcus Avenue, Suite C-120
                Lake Success, New York 11042

By depositing a copy enclosed in a properly prepaid mail wrapper to the above address in a post office box in the Borough of Manhattan, City of New York, regularly maintained by the Government of the United States in said City.

I declare under penalties of perjury that the foregoing is true and correct.

Dated: New York, New York
         July 25, 2012

                                                            Winston S. Tse

Index No.   CV 09-5652 (SJ) (SMG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAFAEL MONTANEZ,

                          Plaintiff,

-against-

CITY OF NEW YORK, COMMISSIONER RAYMOND KELLY, LT. VALENTI, DR. MILLER, DEPUTY INSPECTOR CIRABIS and LT. PACE, sued in their individual and professional capacities,

                          Defendants.

**NOTICE OF APPLICATION FOR COSTS, BILL OF COSTS, AND DECLARATION OF DANIEL GOMEZ-SANCHEZ IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF AND ANNEXED EXHIBITS**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street; Room 2-144*
*New York, N.Y.   10007*

*Of Counsel:  Daniel Gomez-Sanchez*
*Tel:  (212) 788-0883*
*NYCLIS No. 2010-002101*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................................................ , 200…*

*............................................................................................................... Esq.*

*Attorney for............................................................................................................*